WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Dana Jonathon Nitz, Esq.
Nevada Bar No.: 000050
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for GOULDS PUMPS*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| OLIVER GARLAND, individually and as heir and Special Administrator for the Estate of CAROLYN GARLAND, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, a Massachusetts corporation, et al.,<br><br>Defendants. | Case No.: 2:07-CV-1498<br><br>SUBSTITUTION OF ATTORNEY |

Defendant, GOULDS PUMPS hereby substitutes and appoints the firm of Wright, Finlay & Zak, LLP as its attorneys in the above-entitled matter in place and stead of Olson, Cannon, Gormley, Angulo & Stoberski.

DATED this 30th day of Nov., 2012.

GOULDS PUMPS

By: _____
Mike Schultz, Esq.
Utica Mutual Insurance Co.
Sr. Staff Attorney and representative for Goulds Pumps

Page 1 of 3

1  Olson, Cannon, Gormley, Angulo & Stoberski hereby consent to the substitution of the
2  law firm of Wright, Finlay & Zak, LLP as counsel for GOULDS PUMPS in the above-entitled
3  matter.
4  DATED this 31 day of Dec, 2012.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By: _____
James R. Olson, Esq.
9950 W. Cheyenne Avenue
Las Vegas, NV 89129

Wright, Finlay & Zak, LLP hereby accepts substitution as attorneys for Defendant, GOULDS PUMPS in the above-entitled matter in place and stead of Olson, Cannon, Gormley, Angulo & Stoberski.

DATED this 2nd day of December 2012. 20,3

WRIGHT, FINLAY & ZAK, LLP

_____
Dana Jonathon Nitz, Esq.
Nevada Bar No. 000050
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148

ORDER

IT IS SO ORDERED.

DATED this 26 day of September, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge

## GARLAND v. A.W. CHESTERTON, ET AL.
### SERVICE LIST

| Counsel of Record | Phone/Fax Numbers | Party(ies) Represented |
|---|---|---|
| James R. Olson, Esq.<br>Olson, Cannon, Gormley<br>& Desruisseaux<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129 | 702-384-4012<br>702-383-0701 fax | |
| Will Kemp, Esq.<br>Melanie A. Ells, Esq.<br>Harrison, Kemp & Jones, LLP<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, NV 89169 | 702-385-6000<br>702-385-6001 fax | Plaintiffs |
| Mary Price Birk, Esq.<br>Baker & Hostetler LLP<br>303 E. 17th Avenue, Suite 1100<br>Denver, CO 80203 | 303-861-7805 fax | Bayer Cropscience, Inc., Certainteed, Maremont Corporation, Carbide Chemicals |
| Charles W. Spann, Esq.<br>Perry & Spann, P.C.<br>1701 W. Charleston Blvd., #200<br>Las Vegas, NV 89102 | 702-870-2400<br>702-870-8220 fax | 3M Company |
| Marsha Tarte, Esq.<br>Pico Escobar Rosenberger, Ltd.<br>2000 S. Eastern Avenue<br>Las Vegas, NV 89104 | 702-457-9000<br>702-457-8451 fax | Garlock, Inc., Anchor Packing, Foster Wheeler LLC |
| Kelly A. Evans, Esq.<br>Snell & Wilmer<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169 | 702-784-5252 fax | Ford Motor Company, General Motors Corporation |
| Von S. Heinz, Esq.<br>Lewis & Roca, LLP<br>3993 Howard Hughes Parkway, #600<br>Las Vegas, NV 89169 | 702-949-8200<br>702-949-8351 fax | Viacom, Inc. |
| George R. Lyles, Esq.<br>Olson, Cannon, Gormley<br>& Desruisseaux<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129 | 702-384-4012<br>702-383-0701 fax | Mobil Oil |
| J. Christopher Jorgensen, Esq.<br>Lewis and Roca LLP<br>3993 Howard Hughes Parkway, #600 | 702-949-8200<br>702-949-8398 fax | Georgia Pacific Corp. |

| Counsel of Record | Phone/Fax Numbers | Party(ies) Represented |
|---|---|---|
| Las Vegas, NV 89169 | | |
| Larry Crown, Esq.<br>Jennings, Haug & Cunningham<br>2800 N. Central Avenue, #1800<br>Phoenix, AZ 85004 | 602-277-5595 fax | A.W. Chesterton Co. |
| Paul Eisinger, Esq.<br>Thorndal Armstrong<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101 | 702-366-0327 fax | Carborundum Co., Industrial Holdings, Inc. |
| Michael A. Hagemeyer, Esq.<br>Law Office of Michael A. Hagemeyer<br>2255-A Renaissance Drive<br>Las Vegas, NV 89119 | 702-891-0033 fax | Daimlerchrysler Corp. |
| Rob McCoy, Esq.<br>Morris Pickering Peterson & Trachok<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101 | 702-474-9422 fax | Metropolitan Life Insurance Company |
| Justin Pfrehm, Esq.<br>Georgeson Angaran<br>5450 Longley Lane<br>Reno, NV 89511 | 775-827-9256 fax | Honeywell International |
| Troy Peyton, Esq.<br>Troy E. Peyton, P.C.<br>2300 W. Sahara Avenue, #500<br>Las Vegas, NV 89102 | 702-388-4474 fax | A.W. Chesterton |
| Eric Freeman, Esq.<br>Selman Breitman LLP<br>3980 Howard Hughes Parkway, #400<br>Las Vegas, NV 89169 | 702-228-7717<br>702-228-8824 fax | H.B. Fuller Co., John Crane, Inc. |
| Kelly G. Watson, Esq.<br>Watson Rounds<br>5371 Kietzke Lane<br>Reno, NV 89511 | 775-324-4100<br>775-333-8171 fax | Babcock Borsig Power |